No. 78–5905. McFARLAND v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 78–5911. KLEIN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 78–5913. WENTLAND v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–5920. GREENE ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–5927. GALE v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 78–5934. PARSONS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 78–5935. AGURS v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 78–213. AUGER, WARDEN v. COLLINS. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.